William David Bush
240 West St, Sebastopol
California, 95472
(305)707-7991

FILED
JUN 16 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| WILLIAM D. BUSH | Case No.: SK |
|---|---|
| Plaintiff | |
| vs. | CV20 4059 |
| Defendants | |
| Croft Enterprises LLC<br>Paul Thomas Croft | COMPLAINT FOR DAMAGES |

William David Bush alleges as follows:

## JURISDICTION AND VENUE

1. This Court has original jurisdiction over this action under 28 U.S.C. § 1332. As alleged herein, Plaintiff is a citizen of the State of California and his citizenship is completely diverse from the defendants.

2. The Venue is proper in the Northern District of California because it is a jurisdiction in which the series of events giving rise to the complaint in this action occurred. 28 U.S.C. 1391(b)(2).

## INTRODUCTION

This lawsuit arises from the Defendants conspiracy to trick defraud the Plaintiff and his network of clientele in a tax scam enterprise orchestrated by the Defendants using numerous associated entities, in various locations to

manipulate victims through trickery into illegal tax evasion positions- while claiming to associate with licensed CPA's to support and effectuate their deceitful fraud upon their victims.

## PARTIES

Plaintiff, William David Bush is a business owner operator, who for all considerations here in resides in Sonoma County, California.

Defendant, Croft Enterprises LLC is a corporation with this principle place of business listed as Minneapolis, Minnesota.

Defendant, Jonathan Frost, is the President of JD Frost CPA's, a Croft Enterprises company.

Defendant, Paul Croft, is the Chief executive Officer of Croft Enterprises LLC, with an unknown location of residence.

Defendant Does 1- 25, whom identities are not yet known.

## FACTUAL ALLEGATIONS

The Plaintiff alleges beginning in or about April 15th 2020, the corporate entity Croft Enterprises LLC addressed at 333 N Washington Ave #401, Minneapolis, MN 55401 and its conglomerate of associated agents including its chief executive intended to operate an illegal tax scam enterprise, having devised a scheme to swindle the Plaintiff and an unknown number of victims in Tax Advisement and Preparation fees, while knowingly putting their victims into positions of Tax Fraud and insomuch defrauding the U.S. Government in violation of 18 U.S.C. 1341; 18 U.S.C 371 and 26 U.S.C. et seq.

The Defendants in a their illicit enterprise at instant conspired against the Plaintiff and his brother, David Luke Bush (herein after "Luke") claiming

1. that they would correctly advise a tax strategy that would reduce the Luke's
2. over all tax liabilities due to the IRS, and perform amending prior years of
3. tax returns (2016-2019) creating a tax savings estimated to be in excess of
4. $30,000. The Defendants clearly through multiple conference calls and
5. email correspondences represented that establishing a S-corporation, or
6. General Partnership in 2020 could be used to retroactively amend previous
7. years tax returns and therefrom be used to redirect expense deductions- be it
8. that Luke and the Plaintiff had been in early acquisition development stages
9. of a health club business in Auburn, California. The Plaintiff and Luke were
10. interested in and seeking expert tax advisement to best and correctly position
11. their tax return filings; the Defendants produced multiple executable
12. documents, generally outlining their indemnification, and attempting to limit
13. their financial exposure to any civil claims resulting from IRS penalties that
14. could occur; Language that lead the Plaintiff to request insurance through
15. the Defendants insurance agency division on any tax liability positions being
16. recommended. The Defendants offered a $500 Audit insurance, which
17. outlined further their indemnification terms, and the strict limitation of civil
18. liabilities against any future damage of losses by which could be incurred.
19. Responses which lead the Plaintiff to do further diligence, which resulted in
20. the findings of the Plaintiff of the Defendants devised scheme intended to
21. defraud the Plaintiff, his Brother and Sister In-Law, and the US Government
22. as described herein this Complaint.
23.
24. The Plaintiff alleges the Defendants in a conspiracy with each other, against
25. the Plaintiff and the U.S. Government, knowingly made wrongful
26. representations that were and are false, with intent to defraud and swindle
27. the Plaintiff, his brother, and the Internal Revenue Service; The Defendants
28.

1  enterprises operates and communicates continuously across state lines
2  constituting Wire Fraud under 18 USC Section 1343. The Chief Executive
3  Officer of Croft Enterprises LLC, Paul Thomas Croft, and a co-conspirator,
4  the President of JD Frost CPAs, Jonathan Frost, have been specifically prior
5  informed that back dating Corporation EIN's for purposes of reducing
6  anyones Tax requirements under 26 U.S.C. et seq., is illegal, and would
7  constitute perjury upon a sworn to financial statement, and without question
8  be considered Tax Evasion. Their complicit decision to knowingly continue
9  to use this fraudulent sales tactic and produce illicit Tax Return results,
10 scamming their victims out of legitimate tax advisement and preparation
11 fee's, meanwhile maliciously and knowingly putting their clients in harms
12 way of IRS Tax Evasion penalties is significant and intentional wrong doing.
13
14 The Defendants certainly intended for the Plaintiff and his network of
15 referrals to rely on their false representations-- the defendants were seeking
16 to scam the Plaintiff of at least $10,000 in malfeasance fees, while
17 additionally proposing a 25% commissions split for new client fees that the
18 Plaintiff would solicit and bring in as an agent for their illicit enterprise. The
19 Plaintiff did initially rely on these statements in advancing significant time,
20 expense, and his reputation into business networking development, while
21 also preparing information and statements to amend and refile Luke's tax
22 returns from 2016-2019; the multitude of activities which resulted from the
23 intentional misrepresentations of the Defendants by which caused and cost
24 the Plaintiff significant injury and loss. Additionally to the time lost, the
25 Plaintiff was injured in reputation, which has caused the Plaintiff significant
26 emotional damages as a result of the Defendants unlawful activities.
27
28

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff requests for relief against Defendants as follows: For an award of compensatory damages of $77,700; For an award of punitive damages according to the merits at trial; For all costs of and associated to this lawsuit; and for any other and further relief as the Court deems just and proper.

The Plaintiff hereby demands a trial by Jury.

Dated: June 10th 2020

Respectfully Submitted,

By: _____

William David Bush

Plaintiff