Clear Form

FILED

JUN 16 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 20 4059 SK

William Davud Bush

　　　　　　　　　　Plaintiff,

vs.

Croft Enterprises et. al.

　　　　　　　　　　Defendant.

CASE NO. _____

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**
(Non-prisoner cases only)

I, William David Bush _____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?　　　　　　　　　　　Yes ____　No ✔

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

and wages per month which you received.

_____

_____

_____

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment?   Yes ✔ No ___

    b. Income from stocks, bonds, or royalties?   Yes ___ No ✔

    c. Rent payments?   Yes ___ No ✔

    d. Pensions, annuities, or life insurance payments?   Yes ___ No ✔

    e. Federal or State welfare payments, Social Security or other government source?   Yes ___ No ✔

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

I have received below the Federal minimum of income within the last 12 months from gigs and loans from family.

3. Are you married?   Yes ___ No ✔

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.   a. List amount you contribute to your spouse's support:$ _____

    b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor

1         children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

2 _____

3 _____

4   5.  Do you own or are you buying a home?  Yes \_\_\_  No ✔

5 Estimated Market Value: $_____ Amount of Mortgage: $_____

6   6.  Do you own an automobile?  Yes \_\_\_  No ✔

7 Make _____ Year _____ Model _____

8 Is it financed? Yes \_\_\_\_\_ No \_\_\_\_\_ If so, Total due: $ _____

9 Monthly Payment: $ _____

10   7.  Do you have a bank account? Yes ✔ No \_\_\_ (Do <u>not</u> include account numbers.)

11 Name(s) and address(es) of bank: Bansi SA, Guadalajara Mexico.

12 _____

13 Present balance(s): $ Less than 1000 pesos

14 Do you own any cash? Yes ✔ No \_\_\_ Amount: $ 700

15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16 market value.)  Yes ✔ No \_\_\_

17 Various furniture items in storage, not readily transmutable

18   8.  What are your monthly expenses?

19 Rent: $ 0     Utilities: 0

20 Food: $ 400     Clothing: 0

21 Charge Accounts:

22 <u>Name of Account</u>     <u>Monthly Payment</u>    <u>Total Owed on This Account</u>

23 American Express     $ 35     $ 1100

24 Discover     $ 80     $ 3900

25 Credit one     $ 35     $ 300

26   9.  Do you have any other debts? (List current obligations, indicating amounts and to whom

27 they are payable. Do <u>not</u> include account numbers.)

28 I owe my parent significant returns on their business investments. (currently in litigation

1  for breach of contract, theft, embezzlement, fraud, forgery, etc) _____

2  10.    Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?   Yes ___   No ✔
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.
6  _____
7  _____

8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.

June 10th, 2020                              [signature]
       DATE                            SIGNATURE OF APPLICANT