William David Bush
240 West St, Sebastopol
California, 95472
(305)707-7991

FILED

AUG -3 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| WILLIAM D. BUSH<br><br>Plaintiff<br><br>vs.<br><br>Defendants<br><br>Croft Enterprises LLC<br>Paul Thomas Croft<br><br>.... | Case No.:<br>20-cv-04059-SK<br><br><br><br><br>BREACH OF CONTRACT<br>COMPLAINT FOR DAMAGES |
|---|---|

-AMENDED COMPLAINT-

## JURISDICTION

This Court has original jurisdiction over this action under 28 U.S.C. § 1332. Be it that the Plaintiff is a citizen of the United States of America, residing in Sonoma County of the State of California, and the Defendants are all residents of different States, with the value of the controversy exceeding $75,000. "The character of the nuisance and the sufficiency of the damaged sustained is to be judged by the [c]ourts. But the want of a sufficient amount of damage having been sustained to give the Federal Courts jurisdiction, will not defeat the remedy, as removal of the [bridge] is the matter of controversy, and the value of the object must govern." Mississippi & Missouri R.R. Co. v. Ward. See Ward, 67 U.S. at 492 (citations omitted) More than fifty years later, in Glenwood Light & Water Co. v. Mutual Light, Heat & Power Co. the Supreme Court employed the same "value of"

language it used in the Ward decision. The Glenwood Court's reasoning supports an argument that the "plaintiff-viewpoint" approach to determining the amount in controversy as a reasonable basis for holding jurisdiction.

## PARTIES

Plaintiff, William David Bush is a person, who for all considerations here in resides in Sonoma County, California.

Defendant, Croft Enterprises LLC is a corporation with this principle place of business listed as Minneapolis, Minnesota.

Defendant, Jonathan Frost, is the President of JD Frost CPA's, a Croft Enterprises company.

Defendant, Paul Croft, is the Chief executive Officer of Croft Enterprises LLC, with an unknown location of residence.

Defendant Does 1- 25, whom identities are not yet known.

## ALLEGATIONS

The Plaintiff alleges that on and about April 15th 2020, a legal agreement had been made between the Plaintiff and the Defendant(s), and in later affect the verbal contract was subsequently breached by the Defendants causing loss, damage and injury to the Plaintiff.

## STATEMENTS OF THE MATTER

The Defendant(s) proposed a 25% commissions split for new clients that the Plaintiff would solicit and bring in as a sales agent of their enterprise; Actions which taken together and pursued created a verbal business contract between the Plaintiff and the Defendant(s) enterprise.

1  The Defendant(s) committed fraud, while furthering the Plaintiff to
2  collaborate with their scheme, and *ipso facto* breached the legal business
3  agreement.
4
5  The Plaintiff was damaged by the actions of the Defendant(s), with the loss
6  of significant time, general operation costs, and injury to his reputation;
7
8  WHEREFORE, Plaintiff demands relief against Defendants for an award of
9  compensatory damages value of $77,700 in breach of agreement and injury;
10 For an award of punitive damages according to the merits at trial; For all
11 costs of and associated to this lawsuit; and for any other and further relief as
12 the Court deems just and proper.
13
14
15         The Plaintiff hereby demands a trial by Jury.
16 Dated: July 23rd 2020
17
18              Respectfully resubmitted,
19
20         By: _____William Bush_____
21              William David Bush
22                   Plaintiff
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I, William David Bush, hereby certify that a true copy of the Amended Complaint were served by first class mail by placing the same, postage prepaid in the United States Mail on July 23rd, 2020 to the following:

Paul Thomas Croft<br>
Croft Enterprises<br>
333 N. Washington Ave #401<br>
Minneapolis, MN 55401

July 23rd, 2020

*[signature]*

William David Bush
Plaintiff

SAN FRANCISCO CA 940

30 JUL 2020 PM 3 L

Clerk of the Court
450 Golden Gate Ave
San Francisco, Cal
94102

RECEIVED
AUG 03 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

94102-34321O

240 West st
95472.