FILED
AUG 26 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

William Bush

Plaintiff(s)

v.

Croft Enterprises et al.

Defendant(s).

Case No. C 20-cv-04059

CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

☒ **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☐ **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: 08/07/2020

NAME: William Bush

COUNSEL FOR (OR "PRO SE"): Pre Se

*Signature*

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

[illegible] DISTRICT OF CALIFORNIA

William Bush

Plaintiff(s)

v.

Craft Distillers et al.

Defendant(s).

Case No. C [illegible]

CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION

[illegible] below by checking one of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) [illegible] magistrate judge jurisdiction in this matter. [illegible]

☐ Consent to Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily consent to have a United States magistrate judge conduct all further proceedings in this case, [illegible] United States Court of Appeals for the Ninth Circuit.

OR

In accordance with the provisions of 28 U.S.C. § 636(c), I decline to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: [illegible] 2020 NAME: William Bush

COUNSEL FOR (OR "PRO SE"): Pro Se

Signature