UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DAVID BUSH,<br><br>        Plaintiff,<br><br>    v.<br><br>PAUL THOMAS CROFT, et al.,<br><br>        Defendants. | Case No. 20-cv-04059-SK<br><br>**ORDER REGARDING SERVICE**<br><br>Regarding Docket No. 6 |

Upon review of the amended complaint filed by Plaintiff William David Bush, the Court finds that his amended complaint complies with 28 USC § 1915. However, in light of COVID-19 and pursuant to General Order Number 75, personal service by the United States Marshals Service under 28 U.S.C. § 1915(d) has been suspended until further Order of the Court. Therefore, the Court Orders that the time for service under Federal Rule of Civil Procedure 4(m) is TOLLED until further Order of the Court. When service by the United States Marshals Service resumes, the Court will order issuance of the summons and service by the United States Marshals Service.

**IT IS SO ORDERED**.

Dated: August 28, 2020

_____
SALLIE KIM
United States Magistrate Judge