UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DAVID BUSH,<br><br>            Plaintiff,<br><br>      v.<br><br>PAUL THOMAS CROFT, et al.,<br><br>            Defendants. | Case No.  20-cv-04059-SK<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE**<br><br>Regarding Docket Nos. |

In light of the delay in service due to COVID-19, the Court HEREBY VACATES the case management conference currently set for September 14, 2020.  The Court will reset the case management conference after the United Marshals Service resumes providing personal service.

**IT IS SO ORDERED**.

Dated: September 2, 2020

_____
SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California