UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DAVID BUSH,<br><br>  Plaintiff,<br><br>  v.<br><br>PAUL THOMAS CROFT, et al.,<br><br>  Defendants. | Case No. 20-cv-04059-SK<br><br>**ORDER REQUIRING SUMMONS AND SERVICE** |

The Court determined that Plaintiff's amended complaint complies with Title 28 USC § 1915 but noted that service by the United States Marshals Service under 28 U.S.C. § 1915(d) had been suspended. The United States Marshals Service has now resumed providing service. Therefore, the Clerk of Court shall issue the summons. Furthermore, the U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments or attachments, Plaintiff's affidavit and this order upon Defendants.

**IT IS SO ORDERED**.

Dated: September 8, 2020

_____
SALLIE KIM
United States Magistrate Judge