

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue
San Francisco, CA 94102
*cand.uscourts.gov*

September 9, 2020

William David Bush
240 West Street
Sebastopol, CA 95472

Subject: 3:20-cv-04059-SK
Bush v. Croft Enterprises, LLC

    An order has been filed in the subject case that the complaint and summons be served upon the defendant(s).

    To ensure that proper service is made, the address(es) of the defendant(s) must be submitted to this office.  The bottom portion of this letter is to be used for the information. Please print that current address for each listed defendant.

    A self-addressed postage paid envelope is enclosed for your convenience in returning this information.  A prompt response with the requested information will be appreciated.

    Sincerely,

    Susan Y. Soong, Clerk

    by:  Mark Romyn
    Case Systems Administrator
    415-522-2009

| Name | Address |
|------|---------|
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |

*REV. 7-19*