

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue

San Francisco, CA 94102

*cand.uscourts.gov*

**SCANNED**

**FILED**

SEP 16 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

September 9, 2020

William David Bush
240 West Street
Sebastopol, CA 95472

Subject:  3:20-cv-04059-SK
Bush v. Croft Enterprises, LLC

An order has been filed in the subject case that the complaint and summons be served upon the defendant(s).

To ensure that proper service is made, the address(es) of the defendant(s) must be submitted to this office.  The bottom portion of this letter is to be used for the information. Please print that current address for each listed defendant.

A self-addressed postage paid envelope is enclosed for your convenience in returning this information.  A prompt response with the requested information will be appreciated.

Sincerely,

Susan Y. Soong, Clerk

by:  Mark Romyn
Case Systems Administrator
415-522-2009

| Name | Address |
|---|---|
| Croft Enterprises | 333 N. Washington Ave #401 Minneapolis, Minnesota 55401 |
| Paul Thomas Croft | - Same as above. |
| Jonathan Frost | 1913 Chestnut st. #401 Chattanooga TN, 37402 |
|  |  |
|  |  |
|  |  |

SCANNED

FILED

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue
San Francisco, CA 94102
cand.uscourts.gov

September 9, 2020

William David Burch
240 West Street
Sebastopol, CA 95472

Subject: 3:20-cv-04059-SK
Burch v. Croft Enterprises, LLC

An order has been filed in the subject case that the complaint and summons be served upon the defendant(s).

To ensure that proper service is made, the address(es) of the defendant(s) must be submitted to this office. The bottom portion of this letter is to be used for the information. Please print the current address for each listed defendant.

A self-addressed postage paid envelope is enclosed for your convenience in returning this information. A prompt response with the requested information will be appreciated.

Sincerely,

Susan Y. Soong, Clerk

by: Mark Romyn
Case Systems Administrator
415-522-2009

| Name | Address |
|---|---|
| [illegible] | [illegible] |
| [illegible] | [illegible] |
| [illegible] | [illegible] |
| [illegible] | [illegible] |
| | |
| | |
| | |

USA

SAN FRANCISCO CA  940

9 SEP 2020   PM 2  L

RECEIVED

SEP 11 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Court Clerk
450 Golden State Ave
SF. 94102

94102-343210

240 West St
95472.