

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue
San Francisco, CA 94102

cand.uscourts.gov



September 9, 2020

William David Bush
240 West Street
Sebastopol, CA 95472

Subject: 3:20-cv-04059-SK
Bush v. Croft Enterprises, LLC

    An order has been filed in the subject case that the complaint and summons be served upon the defendant(s).

    To ensure that proper service is made, the address(es) of the defendant(s) must be submitted to this office. The bottom portion of this letter is to be used for the information. Please print that current address for each listed defendant.

    A self-addressed postage paid envelope is enclosed for your convenience in returning this information. A prompt response with the requested information will be appreciated.

Sincerely,

Susan Y. Soong, Clerk

by: Mark Romyn
Case Systems Administrator
415-522-2009

| Name | Address |
|---|---|
| Paul Croft | 333 N. Washington Ave #401 Minneapolis, MN. 55401 |
| Croft Enterprises | Same as above. |
| Jonathan Frost / J.D. Frost & Co. | 1413 Chestnut St. Suite 401 Chattanooga, TN 37402 |

REV. 7-19