

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON, DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

RECEIVED
SAN FRANCISCO CA
23 SEP 2020 PM 2 L

SEP 28 2020

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES