1  JAGDEEP HANSRA (SBN 280689)
   ENEDINA CARDENAS (SBN 276856)
2  **HANSRA CARDENAS LLP**
   19925 Stevens Creek Blvd, Suite 100
3  Cupertino, CA 95014
   Tel:  (408) 475-7454
4  Fax: (415) 295-5313
   Email:  jh@ej-law.com
5           ec@ej-law.com
   Attorneys for Defendants
6  Croft Enterprises LLC.,
7  Johnathan Frost, Paul Thomas Croft

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12

13 William D. Bush,                          Case No.: 20-cv-04059-SK

14                    Plaintiff,             **NOTICE OF APPEARANCE OF JAGDEEP HANSRA ON BEHALF OF DEFENDANTS CROFT ENTERPRISES LLC, JOHNATHAN FROST AND PAUL THOMAS CROFT**

15        v.

16 Croft Enterprises LLC, as a corporation,
   Johnathan Frost an president of JD Frost
17 CPA's , & Paul Thomas Croft as chief
   executive of Croft Enterprises LLC , DOES 1
18 through 25, inclusive
19
                         Defendant(s).
20

21

22      **TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

23      PLEASE TAKE NOTICE that Jagdeep Hansra of Hansra Cardenas LLP, hereby enters

24 an appearance as counsel for Defendants Croft Enterprises, LLC, Johnathan Frost, and Paul

25 Thomas Croft (collectively "Defendants") in the above referenced action.  Please serve said

26 counsel with all pleadings and notices in this action.

27      Jagdeep Hansra
        jh@ej-law.com
28

**HANSRA CARDENAS LLP.**
19925 Stevens Creek Blvd., Suite 100
Cupertino, CA 95014

**Hansra Cardenas LLP**
19925 Stevens Creek Blvd, Suite 100
Cupertino, CA 95014
Tel:   (408) 475-7454
Fax:   (415) 295-5313

Dated: November 19, 2020

**HANSRA CARDENAS LLP**

By: /s/ Jagdeep Hansra
    Jagdeep Hansra
    Enedina Cardenas
    Attorneys for Defendants
    Croft Enterprises LLC,
    Johnathan Frost, and
    Paul Thomas Croft