D. BUSH
C/O WILLIAM BUSH
3104 LAKE DR. #1
MARINA, CA. 93933

SAN JOSE CA 950
2 DEC 2020 PM 3 L

RECEIVED
DEC 04 2020

ATTN: CLERK OF US DISTRICT COURT
450 GOLDEN GATE AVE STE #16
SAN FRANCISCO, CA. 94102

94102-342616