William David Bush
240 West St, Sebastopol
California, 95472
(305)707-7991

FILED
MAR 05 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| WILLIAM D. BUSH<br>Plaintiff<br>vs.<br>Defendants<br>Croft Enterprises LLC<br>Paul Thomas Croft | Case No.:<br>20-cv-04059-SK<br><br>*Revised*<br>BREACH OF CONTRACT<br>COMPLAINT FOR DAMAGES |
|---|---|

**JURISDICTION**

This Court has original jurisdiction over this action under 28 U.S.C. § 1332. The Plaintiff is a citizen of the United States of America, residing in Sonoma County of the State of California, and the Defendants are all residents of different States, with the value of the controversy exceeding $75,000. "The character of the nuisance and the sufficiency of the damaged sustained is to be judged by the [c]ourts. But the want of a sufficient amount of damage having been sustained to give the Federal Courts jurisdiction, will not defeat the remedy, as removal of the [bridge] is the matter of controversy, and the value of the object must govern." Mississippi & Missouri R.R. Co. v. Ward. See Ward, 67 U.S. at 492. (citations omitted) More than fifty years later, in Glenwood Light & Water Co. v. Mutual Light, Heat & Power Co. the Supreme Court employed the same "value of"

language it used in the Ward decision. The Glenwood Court's reasoning supports an argument that the "plaintiff-viewpoint" approach to determining the amount in controversy as a reasonable basis for holding jurisdiction. The Defendants at times from multiple different states, called and communicated digitally into California for the specific purpose of doing business in the State with its businesses and residents. Which the Plaintiff believes gives this court personal jurisdiction over the various defendants spread across the multiple federal circuit jurisdictions.

## PARTIES

Plaintiff, William David Bush is a person, who for all considerations here in resides in Sonoma County, California.

Defendant, Croft Enterprises LLC is a corporation with this principle place of business listed as Minneapolis, Minnesota.

Defendant, Jonathan Frost, is the President of JD Frost CPA's, a Croft Enterprises company.

Defendant, Paul Croft, is the Chief executive Officer of Croft Enterprises LLC, with an unknown location of residence.

Defendant Does 1- 25, whom identities are not yet known.

## ALLEGATIONS

The Plaintiff alleges that on and about April 15th 2020, a legal agreement had been made between the Plaintiff and the Defendant(s), and in later affect the verbal contract was subsequently breached by the Defendants under an intentional fraudulent artifice causing loss damage and injury to the Plaintiff.

## STATEMENTS OF THE MATTER

1  I have supported this allegation with some documents and emails sent from
2  the primary defendant showcasing the business plan documentation, and so
3  forth supporting the allegation of the business agreements

5  The Defendant(s) committed fraud, while furthering the Plaintiff to
6  collaborate with their scheme, and *ipso facto* breached the legal business
7  agreement. with particularity that Paul Croft, and his employees over a
8  period of a few months conducted telephone calls and email correspondence
9  with myself and my brother David "Luke" Bush. The Plaintiff and his
10 brother shared very sensitive social security identification numbers, and
11 other confidential financial data with the Defendants, after being enticed by
12 Paul Croft to believe that they had not been "properly advised" on their taxes
13 in the past. Which technically is true, Luke had not taken the most beneficial
14 incorporated tax positions in the past, which is what incited my interest in
15 initially working with Croft Enterprises. Paul and his associates have a good
16 sales pitch for their tax scheme; and after doing some initial due diligence
17 with good online business reviews; I convinced Luke and his wife to
18 continue further into business with Croft Enterprises. The Plaintiff tendered
19 an independent sales and marketing business proposal of 25% of the fees on
20 all new clients the Plaintiff brought into Croft Enterprises, offered by Paul
21 Croft, with Luke being his first client brought into Croft Enterprises.

23 Over a period of a time the executives and employees that work for Croft
24 Enterprises had numerous inter-state conference calls with the Plaintiff and
25 his brother, discussing future business plans and prior circumstances. After
26 providing the Defendants with their previous years tax returns, Paul Croft
27 stated in emails: "We can get you back $15,000 for 2017 & $10,000 for

2016 by filing your tax return(s) the correct way. A total of: **$25,000** Have you filed your 2019? If not, we can help you with that year, as well. Thank you for your Trust & Confidence! I included our credit card authorization form for you to fill out to get started. It will be a $5,000 retainer to get started."

The Plaintiff continued to have questions of the Croft Enterprise agents, he received multiple email responses to his questions regarding the retroactive modification of the tax returns, without having had a business incorporated at that time period; Paul Croft, and his employees assured the Plaintiff and his brother, that using an S-corp retroactively would allow for such backdating tax positions under the Tax codes. The Plaintiff requested a guarantee with professional insurance, and was provided a contract add on of Tax Audit Protection- for an additional $500 per year, Croft Enterprises would represent the client in any IRS Audit.

The Plaintiff dug further by calling a Tax Attorney, explaining the situation, and asking if he thought such was allowed, and he said he had never heard of anything being allowed under the Tax codes as I had described; I called a former IRS agent, who confirmed such was bogus advisement, and finally I called the executives from Croft Enterprises to confront them with this specific issue; and in response they sent me a 'Revenue Procedure 84-35' codex in their continued attempt to persuade me of the legality in their tax fraud scam. Eventually, one of their associates admitted that they knew the tax position was illegal, but that it sold a lot of new clients and it was a calculated risk that the IRS would not actually review the changes. After hearing this I knew for sure the Defendants were engaged in an organized

1  scam to defraud me, my brother, and any other clients I was working on to
2  bring to the company; which put our business agreement into default breach
3  of contract.
4
5  The Plaintiff was damaged by the actions of the Defendant(s), with the loss
6  of significant time, general operation costs, and injury to his reputation; with
7  injury flowing directly from the misconduct- inherent with the loss of
8  valuable time, and the continual upkeep expenses associated with doing
9  business in the State of California; and the damages suffered to my personal
10 reputation under the business circumstances in having to admit to clients that
11 the expert retroactive tax guidance I had been recommending and persuading
12 them towards, turns out to be a tax scam- reflects very poorly on any
13 business consultants reputation, as it damages peoples perception of my
14 business insight and reliability.
15
16 WHEREFORE, Plaintiff demands relief against Defendants for an award of
17 compensatory damages value of $77,700 in breach of agreement and injury;
18 For an award of punitive damages according to the merits at trial; For all
19 costs of and associated to this lawsuit; and for any other and further relief as
20 the Court deems just and proper.
21
22         The Plaintiff hereby demands a trial by Jury.
23 Dated: March 1, 2021
24
25                    Respectfully resubmitted,
26              By:_____/s/ William Bush_____
27                    William David Bush
28                         Plaintiff

240 West St
94172

SAN FRANCISCO CA 940
3 MAR 2021 PM 3 L



Clerk of the Court.
450 Golden Gate Ave
San Francisco, CA 9

RECEIVED
MAR 05 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

94102-343210

240 West St
95172



SAN FRANCISCO CA 940
3 MAR 2021 PM 3  L

Clerk of the Court
450 Golden Gate Ave
San Francisco, CA 9

**RECEIVED**

MAR 05 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

94102-343210