Additional Exhibits

Spacer Page

4/5/2021, Gmail - Invitation: Conference call with the Bush's @ Wed Apr 15, 2020 9pm - 10pm (CDT) (williamdbush@gmail.com)

Case 3:20-cv-04059-SK    Document 34-1    Filed 04/08/21    Page 2 of 4




William Bush <williamdbush@gmail.com>

---

## Invitation: Conference call with the Bush's @ Wed Apr 15, 2020 9pm - 10pm (CDT) (williamdbush@gmail.com)

4 messages

---

stacey@croftenterprisesllc.com <stacey@croftenterprisesllc.com>   Wed, Apr 15, 2020 at 4:31 PM
Reply-To: stacey@croftenterprisesllc.com
To: williamdbush@gmail.com, Paul Thomas Croft <paul@croftenterprisesllc.com>

> **You have been invited to the following event.**
>
> ### Conference call with the Bush's
>
> | | | |
> |---|---|---|
> | When | Wed Apr 15, 2020 9pm – 10pm Central Time - Mexico City | **more details »** |
> | Joining info | Join Hangouts Meet<br>meet.google.com/yxh-xqjj-jdt | |
> | | Join by phone<br>+1 470-222-7719 (PIN: 131605542) | |
> | | More phone numbers | |
> | Calendar | williamdbush@gmail.com | |
> | Who | • stacey@croftenterprisesllc.com - organizer<br>• Paul Thomas Croft<br>• williamdbush@gmail.com | |
>
> Going (williamdbush@gmail.com)?   **Yes** - **Maybe** - **No**   more options »
>
> Invitation from Google Calendar
>
> You are receiving this email at the account williamdbush@gmail.com because you are subscribed for invitations on calendar williamdbush@gmail.com.
>
> To stop receiving these emails, please log in to https://www.google.com/calendar/ and change your notification settings for this calendar.
>
> Forwarding this invitation could allow any recipient to send a response to the organizer and be added to the guest list, or invite others regardless of their own invitation status, or to modify your RSVP. Learn More.

📄 **invite.ics**
2K

---

**William Bush** <williamdbush@gmail.com>   Wed, Apr 15, 2020 at 4:43 PM
To: Luke Bush <luke@ar-fc.com>, Stephanie Chivon <stephanie.chivon@gmail.com>

FYI 7pm tonight if you guys have questions..
[Quoted text hidden]

📄 **invite.ics**
2K

4/5/2021 Gmail - Invitation: Conference call with the Bush's @ Wed Apr 15, 2020 9pm - 10pm (CDT) (williamdbush@gmail.com)

Case 3:20-cv-04059-SK    Document 34-1    Filed 04/08/21    Page 3 of 4

**Stephanie Chivon** <stephanie.chivon@gmail.com>     Wed, Apr 15, 2020 at 5:53 PM
To: William Bush <williamdbush@gmail.com>
Cc: Luke Bush <luke@ar-fc.com>

Luke thought you said tomorrow at 7? Anyway we can reschedule?

Sent from my iPhone

> On Apr 15, 2020, at 4:43 PM, William Bush <williamdbush@gmail.com> wrote:
>
>  
>
> [Quoted text hidden]
> <mime-attachment.ics>
> <invite.ics>

---

**William Bush** <williamdbush@gmail.com>     Wed, Apr 15, 2020 at 6:02 PM
To: Stephanie Chivon <stephanie.chivon@gmail.com>
Cc: Luke Bush <luke@ar-fc.com>

Yeah.. I'll work this one out and then we can get together on another call next week

[Quoted text hidden]

 Gmail　　　　　　　　　　　　　　　　　　　　　　　　　William Bush <williamdbush@gmail.com>

## New text message from Stacey (224) 425-8103

███████ (SMS) <13057077991.1224425████6kPV-LTbwc@txt.voice.google.com>　　　　Tue, May 12, 2020 at 7:20 PM
To: williamdbush@gmail.com

 Voice

I texted Tyler back connect tomorrow

[Quoted text hidden]