240 West st
95472

US District Clerk
450 Golden Gate Ave
San Francisco, CA 94102

RECEIVED
APR 08 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA





1000

94102

U.S. POSTAGE PAID
FCM LG ENV
SEBASTOPOL, CA
APR 06, '21
AMOUNT
$1.40
R2304M11831-14