JAGDEEP HANSRA (SBN 280689)
ENEDINA CARDENAS (SBN 276856)
**HANSRA CARDENAS LLP**
19925 Stevens Creek Blvd, Suite 100
Cupertino, CA 95014
Tel: (408) 475-7454
Fax: (415) 295-5313
Email: jh@ej-law.com
       ec@ej-law.com
Attorneys for Defendants
Croft Enterprises LLC.,
Johnathan Frost, Paul Thomas Croft

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| William D. Bush, <br><br>                    Plaintiff, <br><br> v. <br><br> Croft Enterprises LLC, as a corporation, Johnathan Frost an president of JD Frost CPA's , & Paul Thomas Croft as chief executive of Croft Enterprises LLC , DOES 1 through 25, inclusive <br><br>                    Defendant(s). | Case No.: 20-cv-04059-SK <br><br> **DECLARATION OF JONATHAN FROST IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** <br><br> Date: May 24, 2021 <br> Time: 9:30 a.m. <br> Judge: Hon. Sallie Kim <br> Courtroom: C – 15th Floor <br><br> [*Filed concurrently with Notice of Motion and Motion to Dismiss, and Memorandum of Points and Authorities, Declaration of Paul Thomas Croft, Declaration of Enedina S. Cardenas*] |

I, JONATHAN FROST, declare:

1. I am the Chief Operating Officer of Croft Enterprises, LLC. The declaration is

1

**DECL. OF JONATHAN FROST ISO MOTION TO DISMISS; CASE NO. 20-CV-04059-SK**

1. being filed in support of Defendants' Motion to Dismiss.

2. I have personal knowledge of the following facts, and if called as a witness, I could and would competently testify thereto.

3. In the regular course of my duties as Chief Operating Officer of Croft Enterprises, LLC, I am familiar with Croft Enterprises, LLC's business operations, and the books and records of Croft Enterprises, LLC relating to its conduct, in terms of where the corporation was formed, where it has offices, and where and how it does business.

4. Croft Enterprises, LLC provides tax planning and financial services.

5. Croft Enterprises, LLC is a limited liability company in good standing duly formed under the laws of the state of Minnesota.

6. Croft Enterprises, LLC has its principal executive office in the State of Minnesota. Croft Enterprises, LLC has always had its principal place of business and headquarters in the State of Minnesota, City of Minneapolis.

7. Croft Enterprises, LLC has never been incorporated or registered to do business in California. Croft Enterprises, LLC does not maintain a registered agent for service in California.

8. Croft Enterprises, LLC does not own any real property in California.

9. Croft Enterprises, LLC does not maintain any bank or savings and loan accounts in California and has not maintained any bank or savings and loan accounts in California.

10. Croft Enterprises, LLC has not paid taxes in California.

11. Croft Enterprises, LLC has never filed or been named as a defendant in a lawsuit filed in California until this lawsuit by Mr. William Bush.

12. Croft Enterprises, LLC does not have any employees in California. Croft Enterprises, LLC employs employees in Chicago, Illinois, Chattanooga, Tennessee, and West Palm Beach Florida.

13. I reside in Chattanooga, Tennessee. I do not maintain a home or residence in California. I have never maintained an address, P.O. Box or telephone listing in California.

HANSRA CARDENAS LLP
19925 Stevens Creek Blvd. Ste. 100
CUPERTINO, CA 95014

14. I do not own, lease, or maintain an office, residence, or place of business in California, and I have not owned, leased or maintained an office, or place of business in California.

15. I do not maintain any bank or savings and loan accounts in California and I have not maintained any bank or savings and loan accounts in California.

16. I have not travelled to California for business purposes in the last five years.

17. I have not paid taxes in California.

18. I have never filed or been named as a defendant in a lawsuit filed in California until this lawsuit by Mr. William Bush.

19. On April 7, 2021, I received an email from Plaintiff William Bush. This is the first communication I have ever received from Plaintiff. In it he states:

> Hey Jonathan,
>
> Your partner Paul is a wanna be gangster :) and your attorney's here in California should be disbarred for not handling this situation more professionally and putting y'all in deeper jeopardy.. I'm the guy that's suing your organization in California..
>
> Listen, I've got a situation here that you actually might be handy for.. It's totally legit and superior business planning than you're going to believe is legal.
>
> I need a large team of accountants like I'm assuming you have already partially assembled.. The sales associates will also be helpful as there's going to be hundreds of thousands of clients on lists that are going to need contacting with intake.. I'm not sure how long this opportunity window is going to be open, it's one of those it's too good to last kind of sweet spots.
>
> Here's the deal, we have old business to straighten out here.. Your lawyers are retarded and are making things worse for you and your entire network by putting bad evidence against you into public record, and not doing anything to solve the problem.. My offer to you is that we resolve **the disrespectful mistake your partner made**, trying to pull over on me and my family network: **you guys come up with $100,000 for the error- I take American Express**--You guys immediately stop putting other clients in Jeopardy with the IRS without telling them the risks, and **pray the suspicious collections agents that called me asking about you guys is not IRS or Feds that want to get your ass**. (Which was the exact reason why **I told your dumbass lawyers**

HANSRA CARDENAS LLP
19925 Stevens Creek Blvd. Ste. 100
CUPERTINO, CA 95014

*NOT to force me to put the evidence into the public record*.)

and *if you agree to this, I have an insanely profitable plan by which we can all make Millions and Millions of dollars in the next years in tax and business restructuring specifically here in California*, totally legal and ready to speedball- same game you're already focused on, just a much better business opportunity..

If not, that's unfortunate, and I'll eventually be talking to you again for depositions.

**(Emphasis Added.)**

Attached hereto as Exhibit "A" is a true and correct copy of the 4/7 email I received.

  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on the 15th day of April 2021 at Chattanooga, Tennessee.

               __*/s/ Jonathan Frost*_____

               Jonathan Frost

HANSRA CARDENAS LLP
19925 Stevens Creek Blvd. Ste. 100
CUPERTINO, CA 95014

**EXHIBIT "A"**



# Fwd: Better Business Move

From: William Bush <williamdbush@gmail.com>
Date: April 7, 2021 at 11:14:57 PM EDT
To: jonathan@croftenterprisesllc.com
Subject: Better Business Move

Hey Jonathan,

Your partner Paul is a wanna be gangster :) and your attorney's here in California should be disbarred for not handling this situation more professionally and putting y'all in deeper jeopardy.. I'm the guy that's suing your organization in California..

Listen, I've got a situation here that you actually might be handy for.. It's totally legit and superior business planning than you're going to believe is legal.

I need a large team of accountants like I'm assuming you have already partially assembled.. The sales associates will also be helpful as there's going to be hundreds of thousands of clients on lists that are going to need contacting with intake.. I'm not sure how long this opportunity window is going to be open, it's one of those it's too good to last kind of sweet spots.

Here's the deal, we have old business to straighten out here.. Your lawyers are retarded and are making things worse for you and your entire network by putting bad evidence against you into public record, and not doing anything to solve the problem.. My offer to you is that we resolve the disrespectful mistake your partner made, trying to pull over on me and my family network: you guys come up with $100,000 for the error- I take American Express--You guys immediately stop putting other clients in Jeopardy with the IRS without telling them the risks, and pray the suspicious collections agents that called me asking about you guys is not IRS or Feds that want to get your ass. (Which was the exact reason why I told your dumbass lawyers NOT to force me to put the evidence into the public record.)

and if you agree to this, I have an insanely profitable plan by which we can all make Millions and Millions of dollars in the next years in tax and business restructuring specifically here in California, totally legal and ready to speedball- same game you're already focused on, just a much better business opportunity..

If not, that's unfortunate, and I'll eventually be talking to you again for depositions.

Best Regards,
William Bush
(707)829-0941
(305)707-7991

**ATTESTATION**

Pursuant to Local Rule 5-1 (i), the undersigned attests that concurrence in the filing of the document has been obtained from each signatory to the foregoing document, which shall serve in lieu of their signatures on the document.

I declare under penalty of perjury under the laws of the United States that the foregoing attestation is true and correct and that this declaration was executed on the 19th day of April 2021 at Campbell, California.

      /s/ Enedina S. Cardenas

Enedina S. Cardenas

SBN 276856

HANSRA CARDENAS LLP
19925 Stevens Creek Blvd. Ste. 100
CUPERTINO, CA 95014

5

DECL. OF JONATHAN FROST ISO MOTION TO DISMISS; CASE NO. 20-CV-04059-SK

**CERTIFICATE OF SERVICE**

I declare that I am over the age of eighteen years and not a party to this action. I am employed in the City of Cupertino, County of Santa Clara and my business address is 19925 Stevens Creek Boulevard, Suite 100, Cupertino, California 95014.

On April 19, 2021, I served the following document(s) on the parties in this action as follows:

**DECLARATION OF JONATHAN FROST IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

**X (BY MAIL)** I caused each such envelope to the addressee(s) noted below, with postage thereon, fully prepaid to be placed in the United States mail in Campbell, California. I am readily familiar with the practice for the collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

___ (BY OVERNIGHT MAIL) I caused to be delivered to an overnight courier service each such envelope to the addressee(s) noted below.

___ (BY FACSIMILE) I caused to be sent via facsimile at the facsimile number listed below, a copy of each document to the addressee(s) noted below.

___ (BY EMAIL) I caused to be delivered via email, at the email address noted below, a copy of each document listed above to the addressee(s) noted below.

**William David Bush**

**240 West St.**

**Sebastopol, CA 95472**

I declare under penalty of perjury, under the laws of the State of California and the United States that the foregoing is true and correct, and that this declaration was executed on April 19, 2021, at Campbell, California.

/s/ Enedina S. Cardenas

Enedina S. Cardenas