1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JAGDEEP HANSRA (SBN 280689)
ENEDINA CARDENAS (SBN 276856)
**HANSRA CARDENAS LLP**
19925 Stevens Creek Blvd, Suite 100
Cupertino, CA 95014
Tel:  (408) 475-7454
Fax: (415) 295-5313
Email:  jh@ej-law.com
            ec@ej-law.com
Attorneys for Defendants
Croft Enterprises LLC.,
Johnathan Frost, Paul Thomas Croft

HANSRA CARDENAS LLP
19925 Stevens Creek Blvd. Ste. 100
CUPERTINO, CA 95014

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

William D. Bush**,**

                    Plaintiff**,**

          v.

Croft Enterprises LLC, as a corporation,
Johnathan Frost an president of JD Frost
CPA's , & Paul Thomas Croft as chief
executive of Croft Enterprises LLC , DOES 1
through 25, inclusive

                    Defendant(s).

Case No.: 20-cv-04059-SK

**DECLARATION OF ENEDINA S.
CARDENAS IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS**

Date: May 24, 2021
Time: 9:30 a.m.
Judge: Hon. Sallie Kim
Courtroom: C – 15th Floor

[*Filed concurrently with Notice of Motion and
Motion to Dismiss, and Memorandum of Points
and Authorities, Declaration of Paul Thomas
Croft, Declaration of Jonathan Frost*]

1

1    I, Enedina Cardenas, declare as follows:

2    I am an attorney at law duly licensed to practice before all the courts of the State of

3    California and an attorney with Hansra Cardenas LLP attorneys of record for Defendants

4    Croft Enterprises LLC., Johnathan Frost, Paul Thomas Croft.

5    1.   I am the custodian of the books, records and files of Hansra Cardenas LLP. as

6    they relate to this litigation and the documents described below.

7    2.   All of the records and documents described herein were made and/or are

8    maintained by Hansra Cardenas LLP in the ordinary course of its business are currently under

9    my custody.

10    3.    I have personal knowledge of the following facts, and if called as a witness, I

11    could and would competently testify thereto. To the extent that I do not have personal

12    knowledge, I have gained such knowledge in the course and scope of my employment at

13    Hansra Cardenas LLP by reviewing the records and documents and speaking to employees or

14    agents of Hansra Cardenas LLP with knowledge.

15    4.    On March 22, 2021, prior to the April 5, 2021 hearing on Defendants' second

16    motion to dismiss, Plaintiff emailed my office stating:

> is there any defense against the core allegations, or is the defense going to
> be based solely on court technicality defenses?  I'm just learning the
> process for myself, please excuse the amateurism..  My contention was to
> negotiate with counsel on the actual exposure to your clients here, and
> ***avoid secret undercover agent phone calls***, and avoid potential IRS issues
> for those who have already fallen victim to their illegal tax advice and
> filings.
> ***(Emphasis Added)***

Attached hereto as Exhibit "B" is a true and correct copy of Plaintiff's 3/22 email.

23    5.    On March 30, 2021, Plaintiff emailed counsel stating the following:

> The issue here is the trickery and disrespect when I did my diligence and
> found out that it puts my family and network in default with real estate
> assets that would have been put in jeopardy of forfeiture.. ***Your Client
> then attempted to belittle me, and he needs to pay up for the catch.***
> Trying to play this court game with a very criminally liable hand is VERY
> bad legal representation..
> ***(Emphasis Added)***

HANSRA CARDENAS LLP
19925 Stevens Creek Blvd. Ste. 100
CUPERTINO, CA 95014

Attached hereto as Exhibit "C" is a true and correct copy of Plaintiff's 3/22 email.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on the 19th day of April 2021 at Campbell, California.

_/s/ Enedina S. Cardenas_

Enedina S. Cardenas

**HANSRA CARDENAS LLP**
19925 Stevens Creek Blvd. Ste. 100
CUPERTINO, CA 95014

DECL. OF ENEDINA CARDENAS ISO MOTION TO DISMISS; CASE NO. 20-CV-04059-SK

# EXHIBIT "B"

 **Gmail**

**Enedina Cardenas <ec@ej-law.com>**

## Liability review

**Jagdeep Hansra** <jh@ej-law.com>                                    Mon, Mar 22, 2021 at 1:33 PM
To: Enedina Cardenas <ec@ej-law.com>

Fyi

Jagdeep Hansra
Hansra Cardenas LLP
19925 Stevens Creek Blvd. Suite 100
Cupertino, CA 95014-2358
408-475-7454(Office)
415-295-5313(Fax)
jh@ej-law.com

---------- Forwarded message ---------
From: **William Bush** <williamdbush@gmail.com>
Date: Mon, Mar 22, 2021, 1:08 PM
Subject: Re: Liability review
To: Jagdeep Hansra <jh@ej-law.com>

An Undercover secret agent?!  I received a call from someone claiming to be a collections agent, looking for your clients on a contract debt collection. I guess it could have been an undercover secret agent from the IRS or FBI or something.

To facilitate the proceedings, I may be willing to stipulate to the Minnesota Federal circuit. Would you be seeking a pro hoc to represent your Clients in a case transfer to Minnesota? All the courts being handled remotely via the internet right now, so I could agree to such with the judge this week if that builds some discussion.

More to the point, is there a defense to the merits of the tax scam accusations and breach of contract via fraud in an attempted swindle? Answering these sorts of questions is usually better to have off the record, which is why I wanted to have a phone conversation-- but if you only accept in-writtng communication, is there any defense against the core allegations, or is the defense going to be based solely on court technicality defenses?  I'm just learning the process for myself, please excuse the amateurism..  My contention was to negotiate with counsel on the actual exposure to your clients here, and avoid secret undercover agent phone calls, and avoid potential IRS issues for those who have already fallen victim to their illegal tax advice and filings.

Is there any willingness to negotiate for settlement?

Best Regards,
Will

[Quoted text hidden]

[Quoted text hidden]

The information contained in this email message is confidential, for the sole use of the intended recipient(s), and may be subject to the attorney-client or work product privileges. If you are not the intended recipient or the person named above as the recipient, any unauthorized review, use, disclosure or distribution is strictly prohibited. If you received this email transmission in error, please immediately notify the sender and delete this message from your system. The foregoing name, telephone number, facsimile number and e-mail information is provided to the recipient for informational purposes only and is not intended to be the signature of the sender for purposes of binding the sender or Hansra Cardenas LLP, or any client of the sender or the firm, to any contract or agreement under the Uniform Electronic Transaction Act or any similar law.

# EXHIBIT "C"

 **Gmail**

Enedina Cardenas LLP Mail - Liability review

**Enedina Cardenas <ec@ej-law.com>**

---

## Liability review

**Jagdeep Hansra** <jh@ej-law.com>                                        Tue, Mar 30, 2021 at 9:00 AM
To: Enedina Cardenas <ec@ej-law.com>

fyi

---------- Forwarded message ---------
From: **William Bush** <williamdbush@gmail.com>
Date: Tue, Mar 30, 2021 at 8:40 AM
Subject: Re: Liability review
To: Jagdeep Hansra <jh@ej-law.com>

Wasting time to resolve this matter.. If the Judge agrees that the forum needs to be sent to Minnesota we are at the same point of needing to resolve the dispute.. This is technically a criminal matter, and if you're try to take this case to the box, You're going to seriously injure your clients.. I have been trying to be cool for the better sake of your Clients and others that were not as diligent in their review as I may have been..

Can we professionally forecast the situations here?   My initial offer request is compensation for the business damage, and that you clients agree to cease the deception, and at least warn people of the backdating glitch as being in fault, if they choose to go ahead with it, that's their game risk, be it that technically if they would have done their taxes better with Frosts advisement, as they can into the future, they would have paid whatever amount less. That's still a good sales pitch-- actually better. I'm not some fanboy of the IRS Tax system, everybody should play the avoidance game as sharp as possible..

The issue here is the trickery and disrespect when I did my diligence and found out that it puts my family and network in default with real estate assets that would have been put in jeopardy of forfeiture.. Your Client then attempted to belittle me, and he needs to pay up for the catch.  Trying to play this court game with a very criminally liable hand is VERY bad legal representation..

Can we settle this like respectable business professionals or not?   Do you have an offer in consideration of the real exposure here?

Best,
Will
[Quoted text hidden]
[Quoted text hidden]

1

**CERTIFICATE OF SERVICE**

2

      I declare that I am over the age of eighteen years and not a party to this action.  I am

3

employed in the City of Cupertino, County of Santa Clara and my business address is 19925

4

Stevens Creek Boulevard, Suite 100, Cupertino, California 95014.

5

      On April 19, 2021, I served the following document(s) on the parties in this action as

6

follows:

7

**DECLARATION OF ENEDINA CARDENAS IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS**

8

9

**X (BY MAIL)** I caused each such envelope to the addressee(s) noted below, with postage

10

thereon, fully prepaid to be placed in the United States mail in Campbell, California. I am

11

readily familiar with the practice for the collection and processing of correspondence for

12

mailing, said practice being that in the ordinary course of business, mail is deposited in

13

the United States Postal Service the same day as it is placed for collection.

14

\_\_\_ (BY OVERNIGHT MAIL) I caused to be delivered to an overnight courier service each

15

such envelope to the addressee(s) noted below.

16

\_\_\_ (BY FACSIMILE) I caused to be sent via facsimile at the facsimile number listed below,

17

a copy of each document to the addressee(s) noted below.

18

\_\_\_ (BY EMAIL) I caused to be delivered via email, at the email address noted below, a copy

19

of each document listed above to the addressee(s) noted below.

20

**William David Bush**

21

**240 West St.**

22

**Sebastopol, CA 95472**

23

      I declare under penalty of perjury, under the laws of the State of California and the

24

United States that the foregoing is true and correct, and that this declaration was executed on

25

April 19, 2021, at Campbell, California.

26

                        /s/ Enedina S. Cardenas

27

                        Enedina S. Cardenas

28

HANSRA CARDENAS LLP
19925 Stevens Creek Blvd. Ste. 100
CUPERTINO, CA 95014