UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DAVID BUSH, <br> Plaintiff, <br> v. <br> PAUL THOMAS CROFT, et al., <br> Defendants. | Case No. 20-cv-04059-SK <br><br> **ORDER TO SHOW CAUSE** |

On April 19, 2021, Defendants filed a motion to dismiss. Pursuant to Northern District of California Local Rule 7-3(a), Plaintiff's response was due by May 3, 2021. To date, Plaintiff has not filed an opposition brief. Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE in writing by no later than May 17, 2021 why the Court should not dismiss his claims for lack of prosecution or grant Defendants' motion as unopposed.

If Plaintiff seeks to file an untimely opposition brief, he must submit a request to do so showing good cause for his failure to comply with the deadline required by the Local Rules, and must submit the proposed opposition brief along with the request. If Plaintiff fails to file a response to this Order to Show Cause by May 17, 2021, the Court will grant Defendants' motion to dismiss as unopposed and/or dismiss Plaintiff's claims for failure to prosecute without further notice.

The Court VACATES the hearing on the motion to dismiss currently scheduled on May 24, 2021 and will reset it at a later date, if necessary.

**IT IS SO ORDERED**.

Dated: May 10, 2021

*Sallie Kim*

SALLIE KIM
United States Magistrate Judge