**FILED**

William David Bush
240 West St, Sebastopol
California, 95472
(305)707-7991

MAY 17 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

RECEIVED

2021 MAY 17 P 12:41

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| WILLIAM D. BUSH<br><br>Plaintiff<br><br>vs.<br><br>Defendants<br><br>Croft Enterprises LLC<br>Paul Thomas Croft<br>.... | Case No.:<br>20-cv-04059-SK<br><br><br><br><br><br>Opposition to Defendants Motion to Dismiss |
|---|---|

The Plaintiff hereby opposes the defendants motion to dismiss. It should also be notated in the Courts records that the Plaintiff has been receiving ECF system notifications that he has not been approved to receive, additionally he has not been receiving proper mailed notifications from the court in this matter. The Plaintiff was previously incorrectly notified by ECF of a hearing schedule that was falsified digitally. The Plaintiff includes a digital screen shot of the ECF Emailed time schedule, which caused him to miss the previous remote video hearing in this case. The Judges assistant was notified, as was the Clerk. The Plaintiff intends to file a formal complaint with the Federal Bureau of Investigation, as to why the Plaintiff has been wrongfully receiving manipulated ECF email notifications in specific case matters; instances where he has not been court approved to receive them, highlighting the digital corruption of these

proceedings in particular. The Plaintiffs believes his Complaint resubmitted follows the courts specified pleading requirements, satisfies the statutory minimum requirements to proceed to trial, and the Defendants motion dismiss fails to demonstrate that this court lacks Jurisdiction, and clearly there were business agreements between the parties requiring a jury to weigh the email correspondence thereof submitted into evidence; damages therefrom are subjective to the value of the opportunity and time loss considerations, but without doubt are sizably more than the $75,000 USD minimum of this court-- simply predicated on the annual financial earnings of the Defendants from their illicit tax scheme business which the Plaintiff briefly agreed to participate in before uncovering the legal breach of code.

Respectfully submitted,

By: _____

William David Bush

Plaintiff

.



**William Bush** <williamdbush@gmail.com>  Mon, Apr 5, 2021 at 11:54 AM
To: Melinda Lock <Melinda_Lock@cand.uscourts.gov>

**Here is the hearing notice that i received.. The computer systems seem to be compromised. Would it be appropriate to reschedule the hearing?**

---

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**California Northern District**

**Notice of Electronic Filing**

The following transaction was entered on 3/31/2021 at 11:08 AM and filed on 3/31/2021
**Case Name:**          Bush v. Croft Enterprises, LLC et al
**Case Number:**        3:20-cv-04059-SK
**Filer:**
**Document Number:** 30(No document attached)

**Docket Text:**

**CLERKS NOTICE SETTING ZOOM HEARING.** Motion Hearing Re: [26] MOTION to Dismiss currently set for 4/5/2021 10:30 AM in San Francisco - Videoconference Only before Magistrate Judge Sallie Kim. This proceeding will be held via a Zoom webinar.

Webinar Access: All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/sk

General Order 58. Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.

Zoom Guidance and Setup: https://www.cand.uscourts.gov/zoom/.

*(This is a text-only entry generated by the court. There is no document associated with this entry.)* **(mkIS, COURT STAFF) (Filed on 3/31/2021)**
[Quoted text hidden]

 Gmail                                                    William Bush <williamdbush@gmail.com>

## Bush v. Croft Enterprises, LLC et al (20-cv-04059-SK)
2 messages

**Melinda Lock** <Melinda_Lock@cand.uscourts.gov>                Mon, Apr 5, 2021 at 11:48 AM
To: "williamdbush@gmail.com" <williamdbush@gmail.com>

Hi Mr. Bush,

I received your voicemails. The hearing today was scheduled for 9:30 AM. I understand there may have been some confusion about the time but the amended notice below corrected the time to 9:30 AM.

| 03/31/2021 | view31 | AMENDED CLERKS NOTICE SETTING ZOOM HEARING. Motion Hearing Re: 26 MOTION to Dismiss currently set for **4/5/2021 9:30 AM** in San Francisco - Videoconference Only before Magistrate Judge Sallie Kim. This proceeding will be held via a Zoom webinar. |
|---|---|---|
| | | **Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/sk |
| | | **General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited. |
| | | **Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/. |
| | | *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (mklS, COURT STAFF) (Filed on 3/31/2021) |
| | | Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF) |
| | | Modified on 3/31/2021 (mklS, COURT STAFF). (Entered: 03/31/2021) |

The Judge will issue a written order on the motion to dismiss.

Thank you,

Melinda

Melinda K. Lock,
Courtroom Deputy to
Magistrate Judge Sallie Kim
United States District Court
Northern District of California
Tel: (415) 522-4158