UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DAVID BUSH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PAUL THOMAS CROFT, et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-04059-SK<br><br>**JUDGMENT** |

Pursuant to the Court's Order granting Defendants' motion to dismiss, judgment is hereby entered in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: May 18, 2021

*[signature]*
SALLIE KIM
United States Magistrate Judge