United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DAVID BUSH,<br><br>Plaintiff,<br><br>v.<br><br>CROFT ENTERPRISES, LLC, et al.,<br><br>Defendants. | Case No. 21-cv-04174-DMR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

On June 2, 2021, Plaintiff William David Bush filed this action. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Sallie Kim to determine whether it is related to *Bush v. Croft Enterprises, LLC*, 20-cv-4059 SK.

**IT IS SO ORDERED.**

Dated: June 3, 2021



_____
Donna M. Ryu
United States Magistrate Judge